IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

       VS.                 :     No. 2:04cr88

                           :     JUDGE MARBLEY

NURADIN M. ABDI

**GOVERNMENT'S NOTICE TO DEFENDANT UNDER 50 U.S.C. §§ 1841-1846**

Now comes the United States of America, by Gregory G. Lockhart, United States Attorney, and Dana M. Peters, Assistant United States Attorney, both for the Southern District of Ohio, and Sylvia T. Kaser, Trial Attorney, United States Department of Justice, Criminal Division, Counterterrorism Section, and respectfully files the attached notice.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Dana M. Peters
DANA M. PETERS (0034226)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Dana.Peters@usdoj.gov

s/Sylvia T. Kaser
SYLVIA T. KASER (D.C. Bar. 360918)
Trial Attorney
United States Department of Justice
Criminal Division
Counterterrorism Section
601 D Street, N.W., Room 6237
Washington, D.C. 20530
(202) 305-9148
Fax: (202) 514-8714
Sylvia.Kaser@usdoj.gov

Attorneys for the United States

CERTIFICATE OF SERVICE

A copy of the foregoing was mailed this 28th day of April, 2005, to the attorney for defendant.

s/Dana M. Peters
DANA M. PETERS (0034226)
Assistant United States Attorney