

**U.S. Department of Justice**

Criminal Division

---

*Washington, D.C.  20530*

April 28, 2005

Mahir T. Sherif, Esq.
3376 30th Street
San Diego, California 92104

  Re: *United States v. Abdi*, Case No. 2:04-CR-88

Dear Mr. Sherif:

  Please be advised that in accordance with the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1841-1846, notice is hereby given that, within the meaning of FISA, Nuradin Abdi is an aggrieved person against whom information obtained and derived pursuant to FISA will be used in connection with the prosecution of the above-captioned case.

         Very truly yours,


         s/ Sylvia T. Kaser
         Sylvia T. Kaser
         Trial Attorney


         s/ Dana M. Peters
         Dana M. Peters
         Assistant U.S. Attorney

cc: Kenneth Murphy, Clerk