*Federal*

# IMMIGRATION LAWS
# and REGULATIONS
## 2005 EDITION

Codes amended to
P.L. 109–5
First Session of the
109th Congress

Regulations amended to
April 6, 2005
70 FR 17582

**THOMSON**

**WEST**

Mat #40323126



GOVERNMENT
EXHIBIT

/