## 8 § 1356
INA § 286

IMMIGRATION AND NATIONALITY

### Reporting Requirement Under Section 414 of the American Competitiveness and Workforce Improvement Act of 1998

Pub L 105–277, Div. C, Title IV, § 414(e), as added Pub.L. 106–113, Title I, § 110(c), Oct 17, 2000, 114 Stat 1256, provided that: "The Secretary of Labor and the Director of the National Science Foundation shall—

"(1) track and monitor the performance of programs receiving H–1B Nonimmigrant Fee grant money; and

"(2) Not later than one year after the date of enactment of this subsection [probably means date of enactment of Pub.L. 106–313, 114 Stat. 1251, which added this note and was approved Oct. 17, 2000], submit a report to the committees on the judiciary of the House of Representatives and the Senate—

"(A) the tracking system to monitor the performance of programs receiving H–1B grant funding; and

"(B) the number of individuals who have completed training and have entered the high-skill workforce through these programs "

### Reorganization of Immigration and Nationality Act

Pursuant to section 308(g)(1) of Title III of Division C of Pub.L. 104–208, any reference in laws in effect on the day before the date of the enactment of Pub.L. 104–208, which was approved on Sept. 30, 1996, to section 1222, 1224, 1228, 1229, 1230, 1251, 1252a, or 1254a of this title, (or a subdivision of such section), to be deemed, as of April 1, 1997, with certain exceptions and transitional rules as described in section 309 of Subtitle III–A of Title III of Division C of Pub L 104–208 set out as a note under section 1101 of this title, to refer to section 1222(a), 1222(b), 1223, 1224, 1230, 1227, 1228, or 1254 of this title (or the corresponding subdivision of such section), as redesignated by such Subtitle III–A In addition, any reference in law to section 1251 of this title (or a subdivision of such section) in an amendment made by a provision of Pub.L 104–208 subsequent to such Subtitle III–A is deemed a reference to section 1227 of this title as redesignated  See section 309 of Title III of Division C of Pub.L. 104–208, set out as a note under section 1101 of this title

### Deposit of Receipts from Increased Charge for Immigrant Visas Caused by Processing Fingerprints

Pub L. 103–317, Title V, Aug 26, 1994, 108 Stat 1760, provided in part: "That hereafter all receipts received from an increase in the charge for Immigrant Visas in effect on September 30, 1994, caused by processing an applicant's fingerprints, shall be deposited in this account as an offsetting collection and shall remain available until expended."

### Extension of Land Border Fee Pilot Project

Title I of Pub L 103–121, Oct. 27, 1993, 107 Stat. 1161, as amended Pub.L. 103–317, Title I, § 111, Aug 26, 1994, 108 Stat. 1736, which provided in part that the Land Border Fee Pilot Project scheduled to end Sept 30, 1993, be extended to Sept. 30, 1996, for projects on the northern border of the United States and California only, was repealed by Pub.L 104–208, Div. C, Title I, § 122(b), Sept 30, 1996, 110 Stat 3009–560.

### Further Extension of Land Border Fee Pilot Project; Prohibition of Toll

Pub.L. 104–208, Div. A, Title I, § 101(a) [Title I], Sept 30, 1996, 110 Stat. 3009–10, provided in part: "That the Land Border Fee Pilot Project scheduled to end September 30, 1996, is extended to September 30, 1999 for projects on both the northern and southern borders of the United States, except that no pilot program may implement a universal land border crossing toll "

#### CROSS REFERENCES

Definition of the term—
Alien, see 8 USCA § 1101(a)(3).
Service, see 8 USCA § 1101(a)(34).

#### LIBRARY REFERENCES

American Digest System
Aliens ⊗=44

Corpus Juris Secundum
CJS Aliens § 608, Fees

#### WESTLAW ELECTRONIC RESEARCH

See WESTLAW guide following the Explanation pages of this volume

### § 1357.  Powers of immigration officers and employees

#### [INA § 287]

#### (a) Powers without warrant

Any officer or employee of the Service authorized under regulations prescribed by the Attorney General shall have power without warrant—

(1) to interrogate any alien or person believed to be an alien as to his right to be or to remain in the United States;

(2) to arrest any alien who in his presence or view is entering or attempting to enter the United States in violation of any law or regulation made in pursuance of law regulating the admission, exclusion, expulsion, or removal of aliens, or to arrest any alien in the United States, if he has reason to believe that the alien so arrested is in the United States in violation of any such law or regulation and is likely to escape before a warrant can be obtained for his arrest, but the alien arrested shall be taken without unnecessary delay for examination before an officer of the Service having authority to examine aliens as to their right to enter or remain in the United States;

(3) within a reasonable distance from any external boundary of the United States, to board and search for aliens any vessel within the territorial waters of the United States and any railway car, aircraft, conveyance, or vehicle, and within a distance of twenty-five miles from any such external boundary to have access to private lands, but not

GOVERNMENT EXHIBIT

2