

# Code of Federal Regulations

## 8

Revised as of January 1, 2005

# Aliens and Nationality

Containing a codification of documents
of general applicability and future effect

As of January 1, 2005

*With Ancillaries*

Published by
Office of the Federal Register
National Archives and Records
Administration

A Special Edition of the Federal Register



GOVERNMENT
EXHIBIT
6