of the Act. means an officer or employee of an agency engaged in the administration of criminal justice pursuant to statute or executive order, including (1) courts; (2) a government agency or component which performs the administration of criminal justice as defined in 28 CFR part 20 including performance of any of the following activities: detection. apprehension, detention, pretrial release, post-trial release. prosecution. adjudication, correctional supervision, or rehabilitation of accused persons or criminal offenders

(f) *Controlled substance* The term *controlled substance.* as used in section 287(d)(3) of the Act. shall mean the same as that referenced in the Controlled Substances Act, 21 U.S.C 801 *et seq*, and shall include any substance contained in Schedules I through V of 21 CFR 1308 1 *et seq* For the purposes of this chapter. the term *controlled substance* includes controlled substance analogues as defined in 21 U.S.C. 802(23) and 813

(g) *Basic immigration law enforcement training.* The phrase basic immigration law enforcement training, as used in §§ 287 5 and 287.8, means the successful completion of one of the following courses of training provided at the Immigration Officer Academy or Border Patrol Academy: Immigration Officer Basic Training Course after 1971; Border Patrol Basic Training Course after 1950; Immigration Detention Enforcement Officer Basic Training Course after 1977; and Immigration Customs Enforcement Special Agent Training, after 2002; or training substantially equivalent thereto as determined by the Commissioner of CBP or the Assistant Secretary for ICE with respect to personnel in their respective bureaus The phrase basic immigration law enforcement training also means the successful completion of the Other than Permanent Full-Time (OTP) Immigration Inspector Basic Training Course after 1991 in the case of individuals who are OTP immigration inspectors. Conversion by OTP immigration to any other status requires training applicable to that position

(h) References to specific titles of officers mean all individuals holding such positions and any individual acting in such position

(i) Nothing in this part limits the authority of any DHS officers to act pursuant to any authorities that they may otherwise possess.

[22 FR 9808. Dec. 6, 1957, as amended at 29 FR 13244, Sept 24, 1964; 53 FR 9283. Mar. 22, 1988; 57 FR 47258, Oct 15, 1992; 59 FR 42415. Aug. 17. 1994; 68 FR 35276 June 13. 2003]

### § 287.2  Disposition of criminal cases.

Whenever a special agent in charge, port director, or chief patrol agent has reason to believe that there has been a violation punishable under any criminal provision of the immigration and nationality laws administered or enforced by the Department. he or she shall immediately initiate an investigation to determine all the pertinent facts and circumstances and shall take such further action as he or she deems necessary In no case shall this investigation prejudice the right of an arrested person to be taken without unnecessary delay before a United States magistrate judge. a United States district judge. or if necessary, a judicial officer empowered in accordance with 18 U.S.C. 3041 to commit persons charged with offenses against the laws of the United States

[59 FR 42415. Aug 17, 1994 as amended at 68 FR 35276. June 13, 2003]

### § 287.3  Disposition of cases of aliens arrested without warrant.

(a) *Examination.* An alien arrested without a warrant of arrest under the authority contained in section 287(a)(2) of the Act will be examined by an officer other than the arresting officer If no other qualified officer is readily available and the taking of the alien before another officer would entail unnecessary delay, the arresting officer, if the conduct of such examination is a part of the duties assigned to him or her, may examine the alien

(b) *Determination of proceedings.* If the examining officer is satisfied that there is prima facie evidence that the arrested alien was entering, attempting to enter. or is present in the United States in violation of the immigration laws, the examining officer will refer the case to an immigration judge for further inquiry in accordance with 8

CFR parts 235, 239. or 240. order the alien removed as provided for in section 235(b)(1) of the Act and § 235 3(b) of this chapter, or take whatever other action may be appropriate or required under the laws or regulations applicable to the particular case

(c) *Notifications and information* Except in the case of an alien subject to the expedited removal provisions of section 235(b)(1)(A) of the Act. an alien arrested without warrant and placed in formal proceedings under section 238 or 240 of the Act will be advised of the reasons for his or her arrest and the right to be represented at no expense to the Government. The examining officer will provide the alien with a list of the available free legal services provided by organizations and attorneys qualified under 8 CFR part 1003 and organizations recognized under § 292 2 of this chapter or 8 CFR 1292 2 that are located in the district where the hearing will be held. The examining officer shall note on Form I-862 that such a list was provided to the alien The officer will also advise the alien that any statement made may be used against him or her in a subsequent proceeding.

(d) *Custody procedures* Unless voluntary departure has been granted pursuant to subpart C of 8 CFR part 240. a determination will be made within 48 hours of the arrest. except in the event of an emergency or other extraordinary circumstance in which case a determination will be made within an additional reasonable period of time whether the alien will be continued in custody or released on bond or recognizance and whether a notice to appear and warrant of arrest as prescribed in 8 CFR parts 236 and 239 will be issued

[62 FR 10390, Mar 6, 1997. as amended at 66 FR 48335. Sept 20 2001; 68 FR 35276. June 13 2003]

### § 287.4  Subpoena.

(a) *Who may issue*—(1) *Criminal or civil investigations* All District Directors; Deputy District Directors; Chief Patrol Agents; Deputy Chief Patrol Agents; Assistant Chief Patrol Agents; Officers in Charge; Patrol Agents in Charge; Assistant Patrol Agents in Charge; Field Operations Supervisors; Special Operations Supervisors; Supervisory Border

GOVERNMENT EXHIBIT 8