**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) |
| **V.** | ) No. 2:04cr88 ) ) **JUDGE ALGENON L. MARBLEY** |
| **NURADIN M. ABDI,** | ) ) |
| **Defendant.** | ) ) |

## GOVERNMENT'S PROPOSED  EXHIBIT LIST

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 1 | Certified Copy of Iyman Faris Convictions for Material Support of Designated Foreign Terrorist Organization, Al Qaeda and Conspiracy | | | | |
| 2 | Statement of Facts, Iyman Faris conviction | | | | |
| 3 | 7/31/01, Email from Defendant Nuradin Abdi (D) to Iyman Faris showing websites for night vision equipment, Soviet monoscope, anti-surveillance equipment | | | | |
| 4 | 10/28/02,  Email from D to Iyman Faris,  "A Message to the American People," exhorting jihad | | | | |
| 4-1. | 10/28/02,  Email from D to Iyman Faris,  "Second Message," re status of UBL and Islamic extremist information | | | | |
| 5 | Photo taken from D's computer | | | | |
| 6 | Photo taken from D's computer | | | | |
| 7 | Photo taken from D's computer | | | | |
| 8 | Photo taken from D's computer | | | | |
| 9 | Photo taken from D's computer | | | | |
| 10 | Photo taken from D's computer | | | | |
| 11 | Photo taken from D's computer | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 12 | Photo taken from D's computer | | | | |
| 13 | Photo taken from D's computer | | | | |
| 14 | Photo taken from D's computer | | | | |
| 14-1 | Photo taken from D's computer | | | | |
| 14-2 | Photo taken from D's computer | | | | |
| 14-3 | Photo taken from D's computer | | | | |
| 14-4 | Photo taken from D's computer | | | | |
| 14-5 | Photo taken from D's computer | | | | |
| 15 | 3.5 diskette containing Jihad Manual found in D's bedroom | | | | |
| 15-1 | Excerpt from Jihad Manual, translated into English | | | | |
| 16 | Phone Records from Kenton Co showing Abdi's attempt to contact Christopher Paul and others on 11/28-29 | | | | |
| 17 | Balacalava  hood, similar to item D stated he purchased for training camp trip (demonstrative evidence) | | | | |
| 18 | Watch cap, similar to item D stated he purchased for training camp trip (demonstrative evidence) | | | | |
| 19 | Elite Fitness system video set (demonstrative evidence) | | | | |
| 20 | Battle Dress Uniforms (demonstrative evidence) | | | | |
| 21 | 1st Group of Orders: 7/28/99 U.S. Cavalry catalogue is ordered; 10/8/99  D orders Watch cap and Balacalava , both items cancelled on 10/13/99.<br><br>2nd Group of Orders  7/17/01 2 prs BDUs; 7/25/01 Elite Fitness system; per records D tried to cancel but items already shipped. 7/31/01 Navy Seals training video; cancelled on 8/02/01 before item shipped | | | | |
| 22 | D's U.S. Bank records showing payments of $35.83 on 07/20/01;  $48.94 on 08/06/01; and $28.88 on 08/31/01  to U.S. Cavalry for items ordered in 2001 | | | | |
| 23 | GPS Watch, given to D by Christopher Paul found in D's residence (bedroom closet) during consent search on 11/28/03 | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 24 | D's U.S. Bank Records showing payment to Caribou Café, Upper Arlington, Ohio on 08/6/02 for $11.25 | | | | |
| 24-1 | D's U.S. Bank Records showing gasoline charge on 9/11/02 for $16.73 charged to Exxon in Claysville, Pa for trip Christopher Paul and D took to Pittsburgh | | | | |
| 24-2 | D's U.S. Bank Records showing gasoline charge on 12/31/02 for $17.80 charged to Amoco in Pittsburgh, PA, for trip D took to pick up Malik in Pittsburgh to take him to the Columbus airport. | | | | |
| 25. | D's Nextel Phone records | | | | |
| 26 | D's Page USA Employment Application signed on 02/24/01 by D indicating Christopher Paul as personal reference | | | | |
| 27a-c | 3 Photos (various angles) of Laser Range Finder found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 27-1 | North American Integrated Technology showing purchase of laser range finder by Christopher Paul on 5/11/99 for $1,695 | | | | |
| 27-2 | Laser Range Finder found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 28a | Photo of Night vision scope found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 28-1 | Night vision scope found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 29a-c | 3 Photos of Flat bed scanner found in Christopher Paul's residence during search warrant on 6/7/04 | | | | |
| 29-1 | Flat bed scanner found in Christopher Paul's residence during search warrant on 6/7/04 | | | | |
| 30a-d | 4 Close up Photos of the postal labels of Flat bed scanner showing shipment to Germany in 1999, | | | | |
| 30-1 | Packaging of Scanner showing scanner shipped to Germany address | | | | |
| 31a | Photo of GPS watch found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 31-1 | GPS watch found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 31-2 | Eric Armin Purchase Records of two GPS watches by Christopher Paul on 12/23/02 for $839.90 | | | | |
| 31-3 | Bank One records of Christopher Paul showing on 12/26/02 debit to Eric Armin for $839.90 for GPS watches | | | | |
| 32 | Faris Phone records found in D's residence during consent search on 11/28/03 | | | | |
| 33 | D's wallet seized at arrest on 11/28/03 | | | | |
| 33-1 | Contents of D's wallet–translated as "D's Last Will and Testament" | | | | |
| 34 | I-94 taken from D's car at arrest on 11/28/03 | | | | |
| 35 | D's sworn ICE Confession on 11/30/03 | | | | |
| 36 | D's Asylum Application made on October 13, 1998 and asylum approval documents | | | | |
| 37 | D's Travel Document Application on April 23, 1999 | | | | |
| 38 | Computer Linked Application showing mailing of D's Travel Document on June 11, 1999 | | | | |
| 39 | Non Immigrant Information System (NIIS) printout showing reentry into U.S. by D on 3/25/00 | | | | |
| 40 | Ethiopian Airline manifest showing D's flight to and From Africa:<br>To Africa<br>1. 1/15/00, D flew U.S. Air flight #2717 from Cols to Dulles airport, Washington, D.C.<br>2. then D flew on Ethiopian Airlines Flight #562 on to Addis Ababa, Ethiopia<br>3. D then transferred to Ethiopian Flight #871 and flew to Entebbe, Uganda<br><br>From Africa<br>1. On 3/24/00, D was a passenger on Ethiopian Airlines, Flight #858 from Entebbe, Uganda to Addis Ababa, Ethiopia<br>2. Then D transferred to Ethiopian Airlines Flight #553 from Addis Ababa, Ethiopia to Dulles Airport, Washington, D.C., landing on 3/25/00<br>3. Then D transferred to U.S. Air Flight #1265 from Dulles to Pittsburgh | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|-------|-------------|-----|-----|-----|-----|
| 41 | Ugandan Embassy Ledger sheet and certified letter showing single-entry Uganda 90-day visa issued to D on November 29, 1999 | | | | |
| 42 | D's Target Employment Application on 4/26/00 showing break of employment during Africa trip | | | | |
| 43 | ICE Transcript of D's sworn testimony on 3/9/04 | | | | |
| 44 | Expert Report of Dr. Rohan Gunaratna, Ph.D | | | | |
| 100 series | Maps | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted,
GREGORY G. LOCKHART
UNITED STATES ATTORNEY

By:     /s Dana M. Peters
DANA M. PETERS (0034226)
Assistant U.S. Attorney
303 Marconi Blvd., 2nd Floor
Columbus, Ohio 43215
(614) 255-1634
Fax: (614) 469-5653
Dana.Peters@usdoj.gov


    /s Sylvia T. Kaser
SYLVIA T. KASER (D.C. Bar No. 360918)
Trial Attorney
U.S. Department of Justice
Criminal Division
Counterterrorism Section
10th St. and Pennsylvania Ave., N.W.
Suite 1539
Washington, D.C.  20530
(202) 305-9148
Fax: (202) 353-0778
Sylvia.Kaser@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2005, I served the foregoing Government's Proposed Exhibit List electronically, on:

       Mahir T. Sherif, Esq.
       3376 30th Street
       San Diego, California 92104

                           s/Dana M. Peters
                           Dana M. Peters
                           Assistant U.S. Attorney