Law Office of Mahir T. Sherif
MAHIR T. SHERIF, Esq. (SB# 135021)
3376 30th Street
San Diego, CA  92104
Ph:  619-297-4444
Fx:  619-297-4115

Attorney for Defendant, Nuradin Abdi

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:04CR88 |
| Plaintiff, | (Honorable Algenon L. Marbley) |
| vs. | **NOTICE OF MOTION AND REQUEST FOR A *JAMES* HEARING AND MOTIONS IN LIMINE TO:** |
| NURADIN ABDI, | **1) EXCLUDE CO-CONSPIRATOR STATEMENTS THAT DO NOT MEET THE REQUIREMENTS OF RULE 801(d)(2)(E)** |
| Defendant | **2) EXCLUDE FROM EVIDENCE HEARSAY WITHIN HEARSAY STATEMENTS MADE BY THE DEFENDANT** |

TO:     GREGORY G. LOCKHART, UNITED STATES ATTORNEY
        DANA PETERS, ASSISTANT UNITED STATES ATTORNEY
        SYLVIA KASER, TRIAL ATTORNEY, UNITED STATES DEPARTMENT OF JUSTICE

PLEASE TAKE NOTICE that defendant, NURADIN ABDI, by and through his attorney, Mahir T. Sherif, respectfully requests that this Honorable Court provide a *James* hearing to determine the issues of admissibility of co-conspirator statements, and defendant brings the following motions in limine:

1. Exclude co-conspirator statements that do not meet the requirements of Federal Rule of Evidence 801(d)(2)(E).

2. Exclude hearsay within hearsay statements made by the defendant.

The defendant, NURADIN ABDI, by counsel, Mahir T. Sherif, and pursuant to the Federal Rules of Evidence, hereby moves this Court to grant such motions as good cause exists.

These motions are based upon the instant motions and notice of motions, the memorandum of points and authorities in support thereof, the files and records of the above-entitled case, and any and all other information that may be brought to the Court's attention prior to or during the hearing on this motion.

Dated:   September 2, 2005          Respectfully Submitted,

By:    s/ Mahir T. Sherif, Esq.
       MAHIR T. SHERIF (CA Bar No. 135021)
       3376 30th Street
       San Diego, CA  92104
       (619) 297-4444
       Fax: (619) 297-4115
       sheriflaw@sbcglobal.net
       Attorney for Defendant