**Exhibit A**

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/01/2003

On December 01, 2003, Nuradin M. Abdi, date of birth (DOB) 05/22/1972, Social Security Account Number (SSAN) 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, was interviewed at the Immigration and Customs Enforcement (ICE), 550 Main St., Cincinnati, Ohio. The interview was conducted by Special Agent (SA) Stephen L. Flowers and SA John L. Corbin. After advising Abdi of the identity of the interviewing agents and the nature of the interview, Abdi was advised of his rights and agreed to waive them. Abdi then signed an FD-395 "Advice of Rights" form. The original FD-395 was later placed in a 1A envelope. Thereafter, Abdi provided the following information:

At the beginning of the interview, SA Flowers and SA Corbin engaged in simple conversation with Abdi regarding the religion of Islam. During that discussion, Abdi noted there were many programs for non-Muslims for people to learn about the Muslim faith. One of the programs he mentioned was led by a man he knows named Ibrahim al-Zakeri. Al-Zakeri is affiliated with the Muslim Student Association with Ohio State University and works a program involving bringing the Muslim faith to prisons.

Information which interviewing agents were seeking started with reviewing information from the previous night. Abdi was asked to help sort out chronologically the incidents and stories regarding Faris' statements to him. They are as follows with additional details added from what Abdi provided from the previous interview:

1) Approximately April 2002, Iyman Faris returned to the United States (U.S.).

2) In approximately August or September 2002, there was a discussion in which Faris stated he was upset with the U.S. that they had destroyed Afghanistan. Faris said they should do something such as destroying the Hoover Dam. It was at this time that Abdi made his comment that instead of attacking the Hoover Dam with an airplane, they could attack the mall with a bomb. Abdi noted this was the very first statement that he ever heard by Faris in which he was willing to commit a violent act in the U.S. Abdi also added that ██████████████ was there during that discussion. The discussion took place at Caribou Coffee on W. Lane Ave., Upper Arlington, Ohio. When asked what ██████ response was to that

Investigation on    12/01/2003    at Cincinnati, OH
                   315N-CI-71619
File # 315N-CI-73501-UC, 315N-CI-73500-UC    Date dictated 12/01/2003
       SA Stephen L. Flowers:jlm
 y     SA John L. Corbin, Jr.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

0167

FD-302a (Rev. 10-6-95)

315N-CI-73501-UC

Continuation of FD-302 of ____Nuradin M. Abdi_____ , On _12/01/2003___ , Page ___2____

entire conversation, Abdi replied ▓▓▓ stated that destroying the Hoover Dam would cause wide spread West Coast damage. Abdi noted that ▓▓▓ wants to leave the U.S. Abdi also noted that ▓▓▓ and Faris are buddies. He does not know what conversations that ▓▓▓ and Faris may have had that were similar to these conversations. ▓▓▓ knows a lot about Faris that Abdi does not know because ▓▓▓ is much closer to him. If there were more plans that had been discussed, ▓▓▓ would probably know a lot more of them or would have had such talks. Abdi first became friends with ▓▓▓ in 1999 when they were both taking a computer course in an adult education night school. As a further illustration of how close ▓▓▓ and Faris are, he noted that Faris had called ▓▓▓ from jail.

3) In approximately December 2002, Faris told his story of how he met Usama bin Laden (UBL). Abdi added this conversation took place at Faris's apartment and that ▓▓▓ was also there.

4) Approximately two weeks later, in either December 2002 or January 2003, was when Faris sat in Abdi's vehicle and told ▓▓▓ and Abdi of his ballistic missile plan to bomb targets in Washington, D.C.

5) In approximately February 2003 Faris advised Abdi that the aforementioned missile plan had been canceled because the "guys in Virginia" said it could not be done. Abdi now added this meeting took place at Cell-U-Com, 3467 East Broad St., Columbus, Ohio. The meeting was only between Faris and Abdi and that Faris just showed up unannounced. Abdi did not know he was coming.

When asked if Abdi was possibly afraid of anything that may be holding him back from sharing more information, Abdi noted the only thing that he was afraid of was making statements that may cause hurt to his friends such as ▓▓▓. Abdi does not want to mislead the interviewers and cause ▓▓▓ to be hurt. Abdi is afraid of misleading the interviewers into making the wrong conclusion.

Interviewers then confronted Abdi regarding additional information on the incidents above.

Abdi provided more detail on what happened at the Caribou Coffee meeting in August or September of 2002. Abdi stated that everything he said up to the comment about making the shopping mall comment was correct. But at that point in the conversation ▓▓▓ then added, "It's not a good idea." Abdi understood ▓▓▓ comment to be that he was agreeing with Iyman Faris in that they were

FD-302a (Rev. 10-6-95)


315N-CI-73501-UC


Continuation of FD-302 of ___Nuradin M. Abdi_____ , On _12/01/2003_ , Page ___3___


trying to accomplish something bigger than an explosion in a mall which would not kill enough people. Faris stated, "Make the plan and you'll be financed. Do you know how to make explosives?" Abdi replied, "I don't know how to do it." Faris then stated, "I would have a better plan." Abdi understood Faris to be saying that he did not feel his plan was very good and that he would be doing something different. After this meeting, they all left together in Abdi's car. Abdi dropped ██ off first at his home and then Faris second at his apartment. Abdi stated that when he dropped Faris off, he was "pissed." Abdi stated, "I'll do whatever is necessary." Faris replied, "I'll see you some other time."

A few days later, Abdi went to visit ██ at his ██████ apartment. While he was there, ██ gave him ten CDs. ██ said, "You will need this." Abdi asked, "What is it?" ██ replied, "It's the good stuff." Abdi then asked, "What do you mean by good stuff?" ██ lowered his voice and said, "Its to teach you how to make explosives." Abdi then noted that when it comes to security and explosives, ██ knows those things well. As another example, ██ had told Abdi before that you should never tell anything you say in a car since it can be easily monitored.

Abdi was then asked if ████████ is al Qaeda. After some hesitation, Abdi replied, "Maybe not, but he sympathizes with them."

Abdi was then asked if ██ had ever given him anything else. ██ gave Abdi the address of an al Qaeda web site that was in English. He could not recall the website address but noted there was another one that was connected to www.nida.net.

When asked if there was any further discussion regarding the CDs he received from ██, Abdi stated ██ told him, "Take a look at them and tell me what you think." ██ told him that these CDs were copies and that he had the originals in his home. Abdi understood that the originals were also CDs. ██ used the drives on his computer to copy the original CDs onto blank CDs. Sometime later after Abdi had the CDs, ██ asked Abdi what he thought of them. Abdi replied, "I haven't had time to look at them." ██ said that was okay.

Abdi was asked if anybody in the Columbus area holds the same views as ██████ or Iyman Faris. Abdi stated that he knows of nobody else in the Columbus area or in the U.S.

FD-302a (Rev. 10-6-95)

0170

315N-CI-73501-UC

Continuation of FD-302 of ___Nuradin M. Abdi_____ , On _12/01/2003___ , Page __4__

      When asked when was the last time Abdi was at ███████ residence, he stated it had been a long time.  When asked when was the last time he saw ████, he stated it was last Wednesday when he loaned ████ $250 to buy his wife something.