Law Office of Mahir T. Sherif
MAHIR T. SHERIF, Esq. (SB# 135021)
3376 30th Street
San Diego, CA  92104
Ph:  619-297-4444
Fx:  619-297-4115

Attorney for Defendant, Nuradin Abdi

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  2:04CR88 |
| | ) |
| Plaintiff, | )  (Honorable Algenon L. Marbley) |
| | ) |
| vs. | ) **NOTICE OF MOTIONS IN LIMINE AND** |
| | ) **MOTIONS IN LIMINE TO:** |
| NURADIN ABDI, | )  **1) EXCLUDE COMPUTER IMAGES** |
| | )  **2) EXCLUDE DISSERTATION TEXT** |
| Defendant | )  **"PILLAR OF THE PREPARING** |
| | )  **FOR JIHAD"** |
| | )  **3) EXCLUDE "MALL BOMB" AND** |
| | )  **"MISSILE PLOT" STATEMENTS** |
| | **4) EXCLUDE PHYSICAL EVIDENCE** |

TO:   GREGORY G. LOCKHART, UNITED STATES ATTORNEY
        DANA PETERS, ASSISTANT UNITED STATES ATTORNEY
        SYLVIA KASER, TRIAL ATTORNEY, UNITED STATES DEPARTMENT OF
        JUSTICE

        PLEASE TAKE NOTICE that defendant, NURADIN ABDI, by and through his

attorney, Mahir T. Sherif, bring the following motions in limine:

1. Exclude computer images as irrelevant, or in the alternative, as their probative

   value is outweighed by the danger of unfair prejudice.

2. Exclude the dissertation text entitled "Pillar of the Preparing for Jihad" as its

   probative value is substantially outweighed by the danger of unfair prejudice.

3. Exclude statements of Defendant concerning "mall bombing" and "Pentagon missile attacks" as the dangers of prejudice and confusion substantially outweigh the statements' probative value, or in the alternative, prohibit their mention during opening statements.

4. Preclude mention or display of the range finder, computer flat-bed scanner, monocular, and wristwatch found during the search of unknown residence pending judicial determination of admissibility.

The defendant, NURADIN ABDI, by counsel, Mahir T. Sherif, and pursuant to the Federal Rules of Evidence, hereby moves this Court to grant such motions as good cause exists.

These motions are based upon the instant motions and notice of motions, the memorandum of points and authorities in support thereof, the files and records of the above-entitled case, and any and all other information that may be brought to the Court's attention prior to or during the hearing on this motion.

Dated:   September 2, 2005            Respectfully Submitted,

By:     s/ Mahir T. Sherif, Esq.
MAHIR T. SHERIF (CA Bar No. 135021)
3376 30th Street
San Diego, CA  92104
(619) 297-4444
Fax: (619) 297-4115
sheriflaw@sbcglobal.net
Attorney for Defendant