Law Office of Mahir T. Sherif
MAHIR T. SHERIF, Esq. (SB# 135021)
3376 30th Street
San Diego, CA  92104
Ph:  619-297-4444
Fx:  619-297-4115

Attorney for Defendant, Nuradin Abdi

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NURADIN ABDI,<br><br>　　　　Defendant | )　Case No.:  2:04CR88<br>)<br>)　　(Honorable Algenon L. Marbley)<br>)<br>)　**MEMORANDUM OF POINTS AND**<br>)　**AUTHORITIES IN SUPPORT OF**<br>)　**DEFENSE MOTION IN LIMINE (#4)**<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION IN LIMINE TO PRECLUDE MENTION OR DISPLAY OF
PHYSICAL EVIDENCE SEIZED FROM SEARCH OF UNKNOWN RESIDENCE
PENDING JUDICIAL DETERMINATION OF ADMISSIBILITY (#4)**

**FACTUAL BACKGROUND**

Defendant, Nuradin Abdi, is charged via a four count indictment.  Counts one and two allege Mr. Abdi was part of a conspiracy to provide his services as a militant to a foreign terrorist organization with the intent to commit criminal acts in foreign countries.  Counts three and four allege Mr. Abdi procured and used false travel documents in facilitation of crimes to be committed in foreign countries.

**EVIDENCE**

The government seized the following from a residence on June 7, 2004, a range finder; a flat bed computer scanner; an address book; a broken monocular scope; a wristwatch featuring a Global Positioning Satellite transmitter/receiver.

**ARGUMENT**

We expect the government to try to use these things at trial and to offer colorable arguments for their relevance. Defense will object on 403 grounds; the risk of prejudice substantially outweighs the probative value. Defense asks the Court to prohibit the display or mention of these objects to the jury until they are offered and the Court rules.

These items were not obtained from the defendant. The relevance of another person's wristwatch and computer scanner (found in an Ohio apartment) to the question of whether Nuradin Abdi conspired to provide his own services as a militant in order to support terrorism overseas is not obvious on its face. The defense wants to foreclose the possibility that the government will surreptitiously try to obtain a conviction by convincing the jury that Mr. Abdi poses a threat to Ohioan's safety, rather than by proving the charges on which Mr. Abdi was indicted. As such, we ask the items not be displayed or mentioned until the Court rules upon admissibility of the items.

Dated:   September 2, 2005          Respectfully Submitted,

By:      s/ Mahir T. Sherif, Esq.
         MAHIR T. SHERIF (CA Bar No. 135021)
         3376 30th Street
         San Diego, CA  92104
         (619) 297-4444
         Fax: (619) 297-4115
         sheriflaw@sbcglobal.net
         Attorney for Defendant