Law Office of Mahir T. Sherif
**MAHIR T. SHERIF, Esq.**
(CA Bar No. 135021)
**AURORA E. BEWICKE, Esq.**
(CA Bar No. 247557)
3376 30th Street
San Diego, CA  92104
Ph:  619-297-4444
Fx:  619-297-4115


Attorneys for Defendant, Nuradin M. Abdi


## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS


|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>        vs.<br><br><br>NURADIN M. ABDI,<br>                Defendant. | Case No.:  2: 04 CR 88<br><br>**NOTICE OF MOTION AND MOTION IN LIMINE REGARDING (1) CIPA FILINGS AND DISCOVERY; AND (2) DISCOVERY OBTAINED PURSUANT TO FISA**<br><br>Date:        July 27, 2007<br>Time:        9:00 a.m.<br>Courtroom: Hon. Algenon L. Marbley |


TO:    GREGORY G. LOCKHART, UNITED STATES ATTORNEY;
       DANA PETERS, ASSISTANT UNITED STATES ATTORNEY; ROBYN
       JONES HAHNERT, ASSISTANT UNITED STATES ATTORNEY; AND
       SYLVIA KASER, TRIAL ATTORNEY, UNITED STATES DEPARTMENT
       OF JUSTICE

       PLEASE TAKE NOTICE that on July 27, 2007, at 9:00 a.m., or as soon as he

may be heard, defendant, NURADIN M. ABDI, by and through his attorneys,

Mahir T. Sherif and Aurora E. Bewicke, will move to exclude all prejudicial

discovery and motions filed pursuant to the Classified Information Procedures

Act ("CIPA"), or, at a minimum, those filed after May 1, 2005, and to compel disclosure to defendant of relevant discovery thereunder. Mr. Abdi further moves to exclude all discovery obtained pursuant to the Foreign Intelligence Surveillance Act ("FISA").

COMES NOW, the defendant, NURADIN M. ABDI, by and through his attorneys, Mahir T. Sherif and Aurora E. Bewicke, and hereby moves for the above-requested relief. This motion is based on the instant notice of motion and motion, the memorandum of points and authorities in support of this motion, the interests of justice, as well as any other information and/or argument that may be properly provided to the Court.

Dated: June 7, 2007                    Respectfully Submitted,

By:      s/ Mahir T. Sherif, Esq.
         MAHIR T. SHERIF
         Trial Attorney
         (CA Bar No. 135021)
         3376 30th Street
         San Diego, CA  92104
         (619) 297-4444
         Fax: (619) 297-4115
         mahirsherif@sbcglobal.net

         s/ Aurora E. Bewicke, Esq.
         AURORA E. BEWICKE
         Co-Counsel
         (CA Bar No. 247557)
         3376 30th Street
         San Diego, CA  92104
         (619) 297-4444
         Fax: (619) 297-4115
         aurora_bewicke@yahoo.com


         Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby declare that this 7th day of June, 2007, a copy of the foregoing was electronically served via the CM/ECF system on the following parties:

**Dana Martin Peters**
United States Attorney's Office
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
dana.peters@usdoj.gov
614-469-5715

**Robyn Jones Hahnert**
United States Attorney's Office
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
robyn.hahnert@usdoj.gov
614-469-5715

**Sylvia T Kaser**
US Department of Justice
CTS Main Justice
10th & Constitution Avenue NW
Room 1535
Washington, DC 20530
sylvia.kaser@usdoj.gov
202-305-9148

Dated: June 7, 2007                Respectfully Submitted,

By:    s/ Mahir T. Sherif, Esq.
       MAHIR T. SHERIF (CA Bar No. 135021)
       3376 30th Street
       San Diego, CA  92104
       (619) 297-4444
       Fax: (619) 297-4115
       mahirsherif@sbcglobal.net