Law Office of Mahir T. Sherif
**MAHIR T. SHERIF, Esq.**
(CA Bar No. 135021)
**AURORA E. BEWICKE, Esq.**
(CA Bar No. 247557)
3376 30th Street
San Diego, CA  92104
Ph:  619-297-4444
Fx:  619-297-4115

Attorneys for Defendant, Nuradin M. Abdi


## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
#### EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| | Case No.:  2: 04 CR 88 |
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>       vs.<br><br><br>NURADIN M. ABDI,<br>            Defendant. | **NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE GOVERNMENT'S EXPERT AND REQUEST FOR A <u>DAUBERT</u> HEARING**<br><br>Date:        July 27, 2007<br>Time:        9:00 a.m.<br>Courtroom: Hon. Algenon L. Marbley |

TO:    GREGORY G. LOCKHART, UNITED STATES ATTORNEY;
       DANA PETERS, ASSISTANT UNITED STATES ATTORNEY; ROBYN
       JONES HAHNERT, ASSISTANT UNITED STATES ATTORNEY; AND
       SYLVIA KASER, TRIAL ATTORNEY, UNITED STATES DEPARTMENT
       OF JUSTICE

       PLEASE TAKE NOTICE that on June 27, 2007, at 9:00 a.m., or as soon as

he may be heard, defendant, NURADIN ABDI, by and through his attorneys,

Mahir T. Sherif and Aurora E. Bewicke, will move this Court for an order

1

excluding the Government's Expert, Rohan Gunaratna, and for a <u>Daubert</u> hearing prior to any determination on this issue.[1]

COMES NOW, the defendant, NURADIN ABDI, who, by and through his attorney, Mahir T. Sherif and Aurora E. Bewicke, and hereby moves this Court for an order excluding the Government's Expert, Rohan Gunaratna, and for a <u>Daubert</u> hearing prior to any determination on this issue.

SAID MOTION is based on the instant notice of motion and motion, the memorandum of points and authorities in support of this motion, the interests of justice, as well as any other information and/or argument that may be properly provided to the Court.

Dated: June 7, 2007                    Respectfully Submitted,

By:    s/ Mahir T. Sherif, Esq.
       MAHIR T. SHERIF
       Trial Attorney
       (CA Bar No. 135021)
       3376 30th Street
       San Diego, CA  92104
       (619) 297-4444
       Fax: (619) 297-4115
       mahirsherif@sbcglobal.net

       s/ Aurora E. Bewicke, Esq.
       AURORA E. BEWICKE
       Co-Counsel
       (CA Bar No. 247557)
       3376 30th Street
       San Diego, CA  92104
       (619) 297-4444
       Fax: (619) 297-4115
       aurora_bewicke@yahoo.com

       Attorneys for Defendant

---

[1] Discussions between Defense Counsel, and Government Trial Attorney Sylvia Kaser seem to recall that an oral motion for a <u>Daubert</u> hearing may have been granted, but was never scheduled.

**CERTIFICATE OF SERVICE**

I hereby declare that this 7th day of June, 2007, a copy of the foregoing was electronically served via the CM/ECF system on the following parties:

**Dana Martin Peters**
United States Attorney's Office
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
dana.peters@usdoj.gov
614-469-5715

**Robyn Jones Hahnert**
United States Attorney's Office
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
robyn.hahnert@usdoj.gov
614-469-5715

**Sylvia T Kaser**
US Department of Justice
Chief, Special Litigation Section
10th & Pennsylvania Avenue NW
Room 3642
Washington, DC 20530
sylvia.kaser@usdoj.gov
202-514-3416

Dated: June 7, 2007     Respectfully Submitted,

By:     s/ Mahir T. Sherif, Esq.
        MAHIR T. SHERIF (CA Bar No. 135021)
        3376 30th Street
        San Diego, CA  92104
        (619) 297-4444
        Fax: (619) 297-4115
        mahirsherif@sbcglobal.net
        Attorney for Defendant

3