Law Office of Mahir T. Sherif
**MAHIR T. SHERIF, Esq.**
(CA Bar No. 135021)
**AURORA E. BEWICKE, Esq.**
(CA Bar No. 247557)
3376 30th Street
San Diego, CA  92104
Ph:  619-297-4444
Fx:  619-297-4115


Attorneys for Defendant, Nuradin M. Abdi


## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     vs.<br><br>NURADIN M. ABDI,<br>          Defendant. | Case No.:  2: 04 CR 88<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE GOVERNMENT'S EXPERT AND REQUEST FOR A <u>DAUBERT</u> HEARING**<br><br>Date:          July 27, 2007<br>Time:          9:00 a.m.<br>Courtroom: Hon. Algenon L. Marbley |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE GOVERNMENT'S EXPERT AND REQUEST FOR A <u>DAUBERT</u> HEARING**

### INTRODUCTION

The United States, in its Motion in Limine to Admit Expert Testimony, has indicated that it intends to call Dr. Rohan Gunaratna to testify at Defendant's trial. The proposed testimony is not reliable as required by Rule 702 of the

1

Federal Rules of Evidence. Therefore, Defendant objects to Dr. Gunaratna's testimony and requests a <u>Daubert</u> hearing prior to any ruling on the issue.

<strong>ARGUMENT</strong>

Federal Rule of Evidence 702 provides:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based on sufficient facts or data (2) the testimony is the product of reliable principals and methods and (3) the witness has applied the principles and methods reliably to the facts of the case. Fed. R. Evid. 702.

Furthermore, the Supreme Court's decision in <u>Kumho Tire Co., Ltd. v. Carmichael</u>, 526 U.S. 137 (1999), requires that "where . . . testimony's factual basis, data, principles, methods, or their application are sufficiently called into question, . . ., the trial judge must determine whether the testimony has 'a reliable basis in the knowledge and experience of [the relevant] discipline.'" <u>Kumho Tire</u>, 526 U.S. at 149 (final alteration in original) (quoting <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579, 592, 125 L. Ed. 2d 469, 113 S. Ct. 2786 (1993)).

Here the factual basis, data, principles, methods and application known to be used by the proposed expert, Dr. Gunaratna, have been significantly called into question, as will be demonstrated below. Not only does he not rely on sufficient facts or data, but also his findings are not the product of any ascertainable methodology. Furthermore, allegations concerning Dr. Gunratna's purported qualifications also call into question the reliability of his supposed expertise. Therefore, the Defendant asserts that admission of Dr. Gunaratna's testimony does not comport with the Federal Rules of Evidence and should be excluded.

**I.     <u>Dr. Gunaratna Does Not Rely on Sufficient Facts or Data</u>**

2

Dr. Gunaratna's work has been publicly exposed as relying on data that is insufficient, uncorroborated, or simply incorrect. Specifically, he is known to "use filtered information prepared by a questionable source without presenting any further corroboration or qualifying information on the actions of the source . . . ."[1] For example, academic and human rights advocate Dr. David Small has mentioned:

> Gunaratna tends to rely on what he claims are inside contacts within intelligence networks. By their very nature, however, no claims based on these sorts of sources can be independently tested.
>
> To the extent that they can be investigated, there are many instances where they have been found to be questionable. For example: Gunaratna's claim that Hamabali, said to be the commander of Jemaah Islamiah the group behind the Bali bombings had visited Australia a dozen times was refuted by Australian Attorney-General Daryl Williams who said there was no evidence of him ever visiting Australia.[2]

This assertion was not only immediately denied by Australian intelligence authorities, but also led one scholar to comment, "if Gunaratna's source was a South-East Asian intelligence agency, its information may be dangerously flawed, and could have lethal consequences on the innocent if acted upon,"[3] evidencing the unreliable quality of his facts and data.

Similarly professor, CNN terrorism analyst, and author of Holy War, Inc.: Inside the Secret World of Bin Laden, Peter Bergen, has commented that Dr. Gunaratna's most famous work, Inside al Qaeda, contains, "a number of factual

---

[1] Peter Cronau, The Legitimising of Terror Fears: Research or Psy Ops?, 9 PAC. JOURNALISM REV. 201, 204 (2003) (Attached as Exhibit #1).

[2] David Small, Terrorism Expertise of Rohan Gunaratna Questioned, SCOOP INDEPENDENT NEWS, Aug. 24, 2004, at http://www.scoop.co.nz/stories/HL0408/S00236.htm (Attached as Exhibit #2).

[3] Cronau, supra note 1, at 206.

inaccuracies . . . that should not occur in a work of this import."[4] Others have commented, concerning the same book, that:

> it is riddled with the kinds of inconsistencies and basic errors of fact that have been [Gunaratna's] trademark. For instance, he gets confused as to the number of hijackers on September 11, and refers to the 'twenty 9/11 hijackers' when there was only nineteen. He claims al-Qaeda were the first group to use suicide attacks on land, ignoring Hezbollah in the 80s or the Assassins in the 11th century. He claims Bin Laden fought in the Battle of Jalalabad against the Soviets in 1986, when the battle didn't actually take place until three years later in 1989.[5]

Other unsubstantiated claims by Dr. Gunaratna, concerning the Tamil separatist movement and aired on an Australian dateline program, led to the investigative reporter behind the program resigning.[6]

The above examples are only a few. The basis for Dr. Gunaratna's opinions in the present case could only be presumed to be derived from equally uncorroborated and possibly inaccurate sources, and the Government's proposed expert is not only unreliable, but possibly also "dangerously flawed."

## II.     Dr. Gunaratna's Work Is Not the Product of Reliable Principles and Methods

Beyond using questionable and uncorroborated sources, Dr. Gunaratna's work "reveals . . .  a profound lack of knowledge, and a flawed understanding of

---

[4] Peter Bergen, A Book Review of Daniel Pipe's "Militant Islam Reaches America" and Rohan Gunaratna's "Inside Al Qaeda," WASH. POST, July 28, 2002, available at http://washingtonpost.com (Attached as Exhibit #3).

[5] Amir Butler, Taking on a Terrorist, A TRUE WORD, http://www.atrueword.com/index.php/article/view/7/1/2 (Attached as Exhibit #4).

[6] Id.

the history . . . and . . . intelligence operations."[7] Given the unreliable foundation Dr. Gunaratna's opinions rest upon and proven false conclusions, his work is demonstrably lacking in reliable principals and methods.

Even if he were to demonstrate a methodology, Dr. Gunaratna has not demonstrated reliable application of these methods. Rather, he is known to pander to the opinion of those paying for his services. The home affairs editor and writer on Islamic terrorists for the British newspaper The London Observer, Martin Bright, described Dr. Gunaratna as "the least reliable of the experts on bin Laden," and said that Dr. Gunaratna is frequently employed by British prosecutors as an expert witness in Islamist terror trials because they can rely on him to be apocalyptic.[8] Bright has been quoted as saying, "I think [Gunaratna]'s a dangerous man who sells a specialist kind of 'expert' product dripping in panic and terror." [9]

In fact, Dr. Gunaratna's testimony before the U.S. taskforce investigating the attacks of September 11, 2001, led to CIA spokesperson, Bill Harlow, being quoted as saying that "[Gunaratna]'s totally incorrect . . . . He got it all wrong."[10]

**III.    Dr. Gunaratna Is Not A Qualified or Credible Expert Witness**

---

[7] Cronau, supra note 1, at 205.

[8] Gary Hughes, Analyse This, MELBOURNE AGE, July 20, 2003 (Attached as Exhibit #5).

[9] Tim Shorrock, The Business of Counter Terrorism, Nov. 6, 2003, available at http://www.antiwar.com/ips/shorrock1.html (Attached as Exhibit #6).

[10] Michael Isikoff & Mark Hosenball, The Kuala Lumpur Summit Redux, July 9, 2003, available at http://www.sangam.org/ANALYSIS/Sachi_9_12_03.htm (Attached as Exhibit #7); see also Shorrock, supra note 9.

5

In addition, there are genuine concerns about Dr. Gunaratna's qualifications that further call into question the reliability of any proposed testimony. First, until September 11, 2001, Dr. Gunaratna had no experience with the Arab world.[11] Second, it has been exposed by Australian news reports that Dr. Gunaratna is known for misrepresenting his credentials. For example, in Inside al Qaeda, Dr. Gunaratna claimed that he was the "principal investigator of the United Nations' Terrorism Prevention Branch," and "that after the September 11 attacks, he 'was called to address the United Nations, the US Congress and the Australian Parliament," all which have been found to be untrue or exaggerated representations.[12]

In the words of one of Gunaratna's critics:

> It is impossible to know whether Gunaratna is an exaggerator, a liar, absent minded, careless, or simply ignorant of the facts. The answer is, however, irrelevant. Regardless of the reason, these inconsistencies, lack of proof and outrageous, unsupported claims should make Gunaratna a completely incredulous source of information on terrorism. That Gunaratna has, till now, been able to peddle his tabloid-style sensationalism to an accepting and largely unquestioning audience is a sad indictment on some sections of the media and also a reflection on the blanket of hysteria that has covered much of society since September 11."[13]

While some of what Dr. Gunaratna would testify to may be the truth, it would be virtually impossibly for an impressionable jury to sort fact from fiction. Therefore, the Defendant objects to any testimony from Dr. Gunaratna being admitted at trial.

---

[11] Butler, supra note 5.

[12] Rick Kelly, The Australian Media and Terrorism "Expert" Dr. Rohan Gunaratna, Aug. 2003, World Socialist Website, http://wwww.wsws.org (Attached as Exhibit #8); see also Cronau, supra note 1, at 203.

[13] Butler, supra note 5.

## CONCLUSION

For the above-stated reasons, Defendant respectfully objects to United States' Motion in Limine to Admit Expert Testimony, asks for an order excluding Dr. Gunaratna's testimony, and requests a <u>Daubert</u> hearing prior to any ruling on the issue.

Dated: June 7, 2007          Respectfully Submitted,

By:     s/ Mahir T. Sherif, Esq.
        MAHIR T. SHERIF
        (CA Bar No. 135021)
        3376 30th Street
        San Diego, CA  92104
        (619) 297-4444
        Fax: (619) 297-4115
        mahirsherif@sbcglobal.net

        s/ Aurora E. Bewicke, Esq.
        AURORA E. BEWICKE
        (CA Bar No. 247557)
        3376 30th Street
        San Diego, CA  92104
        (619) 297-4444
        Fax: (619) 297-4115
        aurora_bewicke@yahoo.com

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby declare that this 7th day of June, 2007, a copy of the foregoing was electronically served via the CM/ECF system on the following parties:

**Dana Martin Peters**
United States Attorney's Office
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
dana.peters@usdoj.gov
614-469-5715

**Robyn Jones Hahnert**
United States Attorney's Office
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
robyn.hahnert@usdoj.gov
614-469-5715

**Sylvia T Kaser**
US Department of Justice
Chief, Special Litigation Section
10th & Pennsylvania Avenue NW
Room 3642
Washington, DC 20530
sylvia.kaser@usdoj.gov
202-514-3416

Dated: June 7, 2007                Respectfully Submitted,

By:    s/ Mahir T. Sherif, Esq.
       MAHIR T. SHERIF (CA Bar No. 135021)
       3376 30th Street
       San Diego, CA  92104
       (619) 297-4444
       Fax: (619) 297-4115
       mahirsherif@sbcglobal.net
       Attorney for Defendant