**EXHIBIT #4**

# A True Word

**Articles**
- Front page
- Latest
- Archive
- Authors
- Index
- Site map

**Categories:**
- Politics
- Religion
- Culture
- Media
- Humour
- Letters

Site search

| Search |

**Login**

**User name:**

**Password:**



| OK |
- Forgot your password?
- Register a new user

## Taking on a Terrorist

> Top level / Politics

Author: Amir Butler          Publishing date: 25.10.2002 10:15

DR ROHAN GUNARATNA has emerged as the go-to guy for media outlets wanting to get an academic spin on terrorism.

Feted as an expert on terror, he has traveled the world, speaking to governments, think tanks and appearing on television from the BBC to O'Reilly.

CNN described him on August 19, 2002 as, "Rohan Gunaratna, an expert on al Qaeda who was called on to address Congress, the United Nations and the Australian Parliament following the September 11 attacks".

He even recently appeared in the middle of the John Walker Lindh trial as an expert for the defence. He then went on a tour of the world's media making claims based on his private "interviews" with Lindh.

Gunaratna's work was also used to smear the Islamic party in Malaysia (PAS) as being linked to the al-Qaeda organisation.

Given this relatively high profile and status as an authority on Islamic terror, it is surprising to know that this man who was, until recently, listed as a Research Assistant from St Andrew's University in Scotland had never produced a single publication dealing with Arab or Muslim terrorism prior to September 11. On the contrary, Gunaratna's experience and prior work has been entirely in Sri Lankan separatism, particularly the Tamil Tigers.

The first media appearance of Gunaratna appears to have been in the August 3, 1997 edition of Scotland on Sunday. Here, the cartoon-like claim was made that the Tamil Tigers had developed a high-tech body suit to wear during their suicide bombings that would ensure the head is not destroyed but rather is transformed into a "lethal projectile - sometimes traveling as far as two hundred yards". Gunaratna declared this body suit "more advanced than the body suits used by any other groups", and warned of "technology transfer" to the Middle East. This was never able to be substantiated.

To Be Continued
( 12.02.2005 )
Depravity and Barbarity in Iraq: The Deadly Embrace
( 22.08.2004 )
Forcing Square Pegs Into Round Holes
( 20.08.2004 )
Understanding Stephen Schwartz
( 17.04.2004 )
No Hurra's for al-Hurra
( 10.03.2004 )
Leave Change in Saudi Arabia to the Saudis
( 18.01.2004 )
There Are No Neocons in Foxholes
( 18.01.2004 )
American Foreign Policy: Shield of the Republic or Sword of the Empire?
( 18.01.2004 )
Islamic Scholars: America's Natural Allies
( 29.12.2003 )
Six Degrees of Bin Laden
( 10.11.2003 )

Poll

No poll items found.
| Vote |
- Results
- Polls

Forum
- Discussion

**Printable page**

On October 7, 2000, Gunaratna appeared in Australia's Sydney Morning Herald, warning that ships belonging to the Tamil Tigers (LTTE) had been "sighted" in Australian ports, and that Australian Tamils have somehow been shipping "mini-helicopters" and "micro-light aircraft" for use in attacks on government troops. This was never able to be substantiated.

Gunaratna's wild claims naturally attracted widespread criticism. His book, "International & Regional Security Implications of the Sri Lankan Tamil Insurgency" (privately published), was described by the Australasian Federation of Tamil Associations as, "a book replete with factual errors and devoid of indexes, footnotes, or any evidence to substantiate the claims made".

Australia's SBS' Dateline program screened on October 4, 2000, featuring Gunaratna making a series of unproven and untested claims such as that "every working Sri Lankan Tamil is taxed 300 British sterling pounds per year" to support the Tamil separatist movement. The program, to which Gunaratna contributed heavily, was challenged by the Tamil community in Australia, resulting in the investigating reporter behind the program eventually resigning.

With September 11, Gunaratna appears to have recast himself as an expert on Islamic terror in general, and al-Qaeda specifically. In doing so, he has managed to catapult himself with amazing speed out of academic obscurity and into the limelight of the international press. For this one-time unknown research assistant in Scotland, September 11 did indeed change everything.

The first newspaper to quote Gunaratna after September 11th, was the Financial Times of London on September 13th. Gunaratna was quoted because of his expertise in the Tamil Tigers who also employed suicide bombings as a weapon.

On September 18, 2001, in the San Francisco Chronicle, Gunaratna presented himself not just as an expert on Sri Lankan terrorism but an expert on "Islamic terrorism". Warning of an "endurance period" that a suicide bomber spends in secular society without succumbing to temptation, Gunaratna said that he becomes a "programmed machine".

> "He lives in your country. He wears the clothes that you wear. He has a good time. And though he comes from a poor country and experiences what America is, when he is given the order -- get on the plane and do this -- he still does it...To ensure that he doesn't change his mind, others follow him around... They preach to him selected verses in the Koran. They remind him, 'You'll be a martyr. You'll be remembered for generations.'"

Noone pointed out to Gunaratna that the alleged hijackers were Saudis - not from poor countries. Noone challenged his qualifications to be speaking about matters well outside his area of expertise - Sri Lankan Tamil separatism.

## INCITING FEAR

Where ever Gunaratna appears in the world, there are a number of consistencies. Most notable amongst them, is that he spreads fear. Like some sort of deranged lepracaun, he appears, sprinkles his 'terror dust' and then disappears, only to reappear in another country spreading the same message.

An examination of his recent visit to Australia provides an instructive example both in his message and his methods.

On September 27, 2001, the Sydney Morning Herald reports Gunaratna's declaration that he had "evidence" of numerous terrorist groups active in Australia, including Hamas, and that Australia must establish an "anti-terrorist unit" to root them out. The article reports that, as has become characteristic, Gunaratna declines to mention his source or any evidence to support these accusations. Interestingly, Gunaratna warned that liberal laws are to blame - a theme that remains consistent in his Quixotic adventure. Despite Gunaratna's claims of compelling evidence, neither the Australian government nor its law enforcement apparatus, have admitted any such presence or taken steps to eradicate it.

On the same day, the UK's Financial Times reported that Gunaratna had labeled Germany the base for al-Qaeda in Europe. Again, he blamed the "tight limits on how intelligence and police officials can gather evidence against suspects, a strong civil liberties tradition and easy access to education and welfare provision".

The Australian reported, also on September 27, 2001, that Gunaratna had identified no less than seven terrorist groups operating in Australia, including Hamas, Hezbollah, and the "Chechen Mujahideen".

In Melbourne's The Age on September 27th, again, Gunaratna rallied against the usual enemy of civil liberties, claiming, "Your laws, the legal system is very weak in responding to this type of terrorist support network".

On October 5, 2001, The Mercury (Hobart) reports Gunaratna as again making the unsupported claim that seven terrorist groups operate in the country. Continuing to tilt at windmills, this modern day Don Quixote called on the Australian Federal Government to pass laws to "restrict the operations of these groups and prevent them spreading 'propaganda'". What kind of operations is not mentioned, nor what kind of "propaganda".

Attempting to quantify the seriousness of the threat, he claimed there were already several hundred members in

Case: 2:04-cr-00088-ALM Doc #: 184-5 Filed: 06/07/07 Page: 5 of 8 PAGEID #: 1807

total in Australia, who recruited and indoctrinated new members in the aims of the terrorist groups. "These are terrorists who have killed many women and children and these groups are functioning here", he warned.

Not just in Australia. Al-Qaeda is, according to Gunaratna, completely "inseparably enmeshed with the religious, social and economic fabric of Muslim communities worldwide".

On 9th October, 2002, Gunaratna appeared on the ABC, Australia's national broadcaster, second-guessing the government and its intelligence apparatus, warning the Australian public that there was a grave threat and al-Qaeda operatives are on their way, if not already in the country.

"A number of Al Qaeda members were tasked to enter Australia for the purpose of destroying targets inside Australia."

Despite all the broad claims and outrageous statements made by Gunaratna since Spetember 11, it is difficult to find any challenging of his claims in the media. Nonetheless, his fear- mongering was widely reported and accepted.

**AMAZING CLAIMS**

The Herald-Sun on October 5, 2001 quotes Gunaratna as making an even more ridiculous and outlandish claim. After blasting Australia's "weak laws", he explained the reason why:

> "The reason your politicians are not passing this legislation is because some of these groups are lobbying your MPs and telling them we will give you so many hundred votes from this migrant community and you must help us and raise our concerns in Parliament."

He hoped the current climate of outrage against terrorists would compel politicians to act, because Australia was vulnerable and presented "a target-rich environment".

So now he is claiming that terrorist groups that have killed women and children are approaching Australian politicians and paying them off with promises of "hundreds" of votes? A claim that anti-terrorism laws are being held back because the terrorists are manipulating the politicians is scandalous and Gunaratna should have been thoroughly interrogated by the media over such a claim.

Associated Press then reported on November 20, 2001, that Gunaratna claimed that Islamic terrorists would soon attack cruise ships because they are "considered prestigious because there is a perception that they are filled with wealthy Americans." To suggest that al-Qaeda's apparent hatred of the West is driven by a hate of "wealthy

Americans" is nonsensical, given that Gunaratna has himself been traveling the world instilling fear of the amazingly affluent Bin Laden network.

## INCONSISTENCIES IN GUNARATNA'S STORIES

On December 10th, 2001, in an Opinion piece published in The Australian, Gunaratna ran the now familiar script about Australia's weak laws and the need to curtail civil liberties. He made the same old claim of terrorist groups operating in the country, but this time he appears to have forgotten the number he quoted to the same paper on September 27th. He claimed that there were now eight terrorist groups operating here, as opposed to seven! Perhaps, he was just excited from the sudden fame and media attention.

Gunaratna then made the inciteful and, as has become his modus operandi, unsupported accusation that these terrorist groups are "operating through front, cover and sympathetic organisations may take the face of human rights and humanitarian groups as well as community organizations". Naturally, he doesn't name them, or point to any evidence - as this would expose his claims to scrutiny and, maybe even, ridicule.

On January 9, 2002, Gunaratna began peddling his standard wares in Singapore. The Straits Times reports that he accused Parti Islami seMalaysia (PAS), a Malaysian political party, with having links to al-Qaeda. PAS described Gunaratna's accusation as libel, and pointed out that all political achievements of PAS had been through he ballot box. It did prevent Gunaratna's accusations from reaching the United Nations.

On January 30, 2002, Jana Wendt interviewed Gunaratna on SBS's Dateline. When asked what information he had been able to glean about al-Qaeda's future direction from the videotapes of Bin Laden, he answered: "In fact, one of his last messages, Osama said that the frontline, or the battleline, is now at 100m and it should be extended to 300m. It very clearly meant that his message to the wider support base is "You should take the war out of Afghanistan." Wendt then asked, "You say "very clearly meant". How can you be so sure that that was the coded message that he was transmitting to his followers?" Gunaratna then claimed that he could be absolutely certain that this was a coded message because "well, Osama usually speaks in parables, in that kind of language - indirect language - and this is his way of sending a wider message to his supporters."

Osama speaking in parables? Did Gunaratna get confused between his terrorism studies and bible studies: "All this Jesus said to the crowds in parables; indeed he said nothing to them without a parable." (Matthew 13:34)

It is clear that Gunaratna doesn't even understand Arabic. One gets an insight into the extent of Gunaratna's "mastery" of Arabic in his article entitled, "Blowback" and published in Jane's Intelligence Review (August 1, 2001). He claims that

al-Qaeda membership is drawn from two distinct Egyptian terrorist groups (Islamic Group of Egypt and Islamic Jihad). He then calls them "Gamaya al Islamiya" and "Al Gamaya al Islamiya", however, in Arabic, both names hold the exact same meaning as "Islamic Group". It is analgeous to saying, "Islamic Group" and "the Islamic Group". Both are the same as any self-respecting "terrorist expert" would be expected to know.

His interview with Wendt continues: "As you know, other than the core organisation of al-Qaeda, al-Qaeda also has extensive linkage to a number of Islamist political movements and Islamist terrorist organisations, so al-Qaeda depends not only on its operatives for action against Western, primarily US, targets but also action by these associate organisations."

The November 2001 edition of The Review, the magazine of the Australia-Israel Jewish Affairs Council, described Gunaratna as the "sort of figure in short supply in Australia". Thankfully.

In an interview with The Review, Gunaratna warned that in Australia,

> "the terrorist support networks that are often operating as charities as front cover and sympathetic organisations. These organisations take the face of human rights and human caring organisations and they have got grants of several respectable grant-making foundations in Australia, in the West, and this must stop. And the only way this can stop is, if the public are vigilant and if the public maintain pressure."

His concluding message to the Australian political establishment was happily conveyed by the Review. He said: "I also have a special message for the politicians especially of Australia, some of these terrorist organisations exercise constituent or electoral pressure and you must not succumb to this pressure. A terrorist group can come and tell you, look we will give you 10,000 or 20,000 votes in the next election. You should include this in your manifesto or you should air this in your parliament. It will be highly counterproductive for political leaders to succumb to this kind of pressure because this will damage the security, not only of your country, but international security in general."

The idea that someone would address the Israeli lobby, raising the alarm on the ability of powerful lobby groups to influence political opinion is laughable.

What is, of course, not laughable is that on October 5, 2001, Gunaratna told the Herald-Sun the same story but instead claimed that only hundreds of votes were being promised. He said: "The reason your politicians are not passing this

legislation is because some of these groups are lobbying your MPs and telling them we will give you so many hundred votes from this migrant community and you must help us and raise our concerns in Parliament."

By November, Gunaratna's scenario was politicians being offered tens of thousands of votes. The sensationalist vote-manipulation story had now undergone the same treatment as his earlier, "terrorist groups in Australia" story.

A further inconsistency is in Gunaratna's claims as to even how many terrorist groups are "capable for conducting suicide missions". In an article entitled, "Suicide Terrorism: A Global Threat", originally published in Janes Intelligence Review and reprinted in Turkish Daily News on September 14, 2001, Gunaratna claims that there were 10 groups capable of using suicide terrorism. In Janes Intelligence Review (September 24, 2001), just ten days later, the number jumps to 12 with Gunaratna writing: "at present, 12 Middle Eastern and Asian terrorist groups are capable of conducting suicide operations."

Recently, Gunaratna released a book on al-Qaeda. As one might expect, it is riddled with the kinds of inconsistencies and basic errors of fact that have been his trademark. For instance, he gets confused as to the number of hijackers on September 11, and refers to the "twenty 9/11 hijackers" when there was only nineteen. He claims al-Qaeda were the first group to use suicide attacks on land, ignoring Hezbollah in the 80s or the Assassins in the 11th century. He claims Bin Laden fought in the Battle of Jalalabad against the Soviets in 1986, when the battle didn't actually take place until three years later in 1989. And so it continues.

It is impossible to know whether Gunaratna is an exaggerator, a liar, absent minded, careless, or simply ignorant of the facts. The answer is, however, irrelevant. Regardless of the reason, these inconsistencies, lack of proof and outrageous, unsupported claims should make Gunaratna a completely incredulous source for information on terrorism. That Gunaratna has, till now, been able to peddle his tabloid-style sensationalism to an accepting and largely unquestioning audience is a sad indictment on some sections of the media and also a reflection of the blanket of hysteria that has covered much of society since September 11.

**| Printer-friendly page | Send this article to a friend |**