IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

       v.                                NO.: CR-2-04-088
                                        JUDGE ALGENON L. MARBLEY
NURADIN M. ABDI

## STATUS REPORT CONCERNING STIPULATIONS

Pursuant to the Court's pretrial orders, the government is filing this notice to apprise the Court on the status of stipulations.  As the Court is aware, on September 7, 2005 (Docket No. 98), the United States filed a number of proposed stipulations for consideration by the defendant.  To date, the United States has not received any response from the defendant concerning his willingness to stipulate to any of the evidence in this case.

In the absence of any stipulations, the government has prepared several self-authenticating declarations, pursuant to F. R. Evid. 902(2)(domestic public records not under seal), 902(3) (foreign public documents), Rule 902(4)(certified copies of public records) and Rule 902(11)(certified domestic records of regularly conducted activities), in order to be able to admit some of these records without the necessity of calling a witness. Defense counsel has been provided copies of these records with declarations on September 14, 2005.

1

Due to the fact these declarations were obtained almost two years ago, the government is in the process of updating those declarations and determining which, if any, we will be using at trial.  Defense counsel will be provided copies of the updated declarations, as they are received.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Dana M. Peters
DANA M. PETERS (0034226)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Dana.Peters @usdoj.gov



s/Robyn Jones Hahnert
ROBYN JONES HAHNERT (0022733)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-6895
Robyn.Hahnert @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, I served the foregoing status report concerning stipulations electronically, on:

Mahir T. Sherif, Esq.
3376 30th Street
San Diego, California 92104


s/Dana M. Peters_____
Dana M. Peters
Assistant U.S. Attorney