**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) No. 2:04cr88 |
| | ) JUDGE ALGENON L. MARBLEY |
| NURADIN M. ABDI, | ) |
| Defendant. | ) |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**
**July 27, 2007**

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 1 | Reserved | | | | |
| 2 | Reserved | | | | |
| 3 | Reserved | | | | |
| 4 | Copy of 10/28/02, Email from D to Iyman Faris, "A Message to the American People," exhorting jihad | | | | |
| 4-1. | Copy of 10/28/02, Email from D to Iyman Faris, "Second Message," re status of UBL and Islamic extremist information | | | | |
| 5 | Tower Computer, Compaq Presario CPU Serial No. MXM3280686 found in D's business obtained by consent search of D's business, Cell Station | | | | |
| 5-1 | CD containing results of forensic examination of D's computer, Compaq Presario CPU Serial No. MXM3280686. | | | | |
| 5-2 | Collage of computer examiner's images of interest found on D's computer described in Govt. Exh. 5 | | | | |
| 5-2a | Enlarged display of Exhibit 5-2 | | | | |
| 5-3 | Copy of text document (0001) found on D's computer described in Govt. Exh. 5 | | | | |
| 5-4 | Copy of text document (0002) found on D's computer described in Govt. Exh. 5 | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 5-5 | Copy of text document (0003) found on D's computer described in Govt. Exh. 5 | | | | |
| 5-6 | Copy of text document (0004) found on D's computer described in Govt. Exh. 5 | | | | |
| 5-7 | Photo (0012) taken from D's computer, "Bin Laden is in our hearts." | | | | |
| 5-8 | Copy of Cell Station letter (11/18/03) from Nuradin Abdi found on D's computer, Govt Exhibit 5 | | | | |
| 6 | Photo (0044) taken from D's computer, "Our war with America and its agents" | | | | |
| 7 | Photo (0052) taken from D's computer, "Do not consult anyone in the killing of Americans." | | | | |
| 8 | Photo (0181) taken from D's computer, "Because the truth will return with a roaring, angry rifle trigger." | | | | |
| 9 | Photo (0031) taken from D's computer, GSPC symbol from love.taliban.com | | | | |
| 10 | Photo (0155) taken from D's computer, Armed Taliban terrorists | | | | |
| 11 | Photo (0047) taken from D's computer, White House | | | | |
| 12 | Photo (0087) taken from D's computer, bomb site with ambulance | | | | |
| 13 | Photo (0016) taken from D's computer, young Arab male holding gun and rocket launcher | | | | |
| 14 | Photo (0015) taken from D's computer, Kalishnikov rifle | | | | |
| 14-1 | Photo (0085) taken from D's computer, U.S. Congress | | | | |
| 14-2 | Photo (0156) taken from D's computer, UBL "America digs its grave with its left hand" | | | | |
| 14-3 | Photo (0051) "Voice of Jihad" AQ publication | | | | |
| 14-4 | Photo (0002) UBL with rifle behind him | | | | |
| 14-5 | Photo (0005) UBL and young male holding rifle | | | | |
| 15 | 3.5" diskette containing a document, entitled "The Reference Book for Preparing for Jihad for the Cause of God" by 'Abd-al-Qadir Bin-Ábd-al-Áziz' found in D's bedroom | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 15-1 | Copy of Excerpts from document in Government Exhibit 15 translated into English | | | | |
| 15-2 | Printed out copy of Exhibit 15 (in Arabic) | | | | |
| 16 | Copy of Phone Records from Kenton Co showing Abdi's attempt to contact Christopher Paul and others on 11/28-29 2003 | | | | |
| 16-1 | Copy of SBC Phone records showing CP phone number | | | | |
| 17 | Balacalava hood, similar to item D stated he purchased for training camp trip (demonstrative evidence) | | | | |
| 18 | Watch cap, similar to item D stated he purchased for training camp trip (demonstrative evidence) | | | | |
| 19 | Elite Fitness system video set (demonstrative evidence) | | | | |
| 20 | Battle Dress Uniforms (demonstrative evidence) | | | | |
| 21 | Copy of U.S. Cavalry Records showing 1st Group of Orders: 7/28/99 U.S. Cavalry catalogue is ordered; 10/8/99 D orders Watch cap and Balacalava , both items cancelled on 10/13/99.  Copy of U.S. Cavalry Records showing 2nd Group of Orders 7/17/01 2 prs BDUs; 7/25/01 Elite Fitness system; per records D tried to cancel but items already shipped. 7/31/01 Navy Seals training video; cancelled on 8/02/01 before item shipped | | | | |
| 22 | Signature card for First Star/U.S. Bank accounts of D | | | | |
| 22-1 | Copy of D's First Star/U.S. Bank records showing payments of $35.83 on 07/20/01;  $48.94 on 08/06/01; and $28.88 on 08/31/01  to U.S. Cavalry for items ordered in 2001 | | | | |
| 23 | GPS Watch, box, and remaining contents, given to D by Christopher Paul found in D's residence (bedroom closet) during consent search on 11/28/03 | | | | |
| 23a | Photo of GPS Watch, given to D by Christopher Paul found in D's residence (bedroom closet) during consent search on 11/28/03 | | | | |
| 23b | Photo of GPS Watch box | | | | |
| 23c | Photo of GPS Watch and GPS watch box contents | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 24 | Copy of D's First Star/U.S. Bank Records showing payment to Caribou Café, Upper Arlington, Ohio on 08/6/02 for $11.25 | | | | |
| 24-1 | Copy of D's First Star/U.S. Bank Records showing gasoline charge on 9/11/02 for $16.73 charged to Exxon in Claysville, Pa for trip Christopher Paul and D took to Pittsburgh | | | | |
| 24-2 | Copy of D's U.S. Bank Records showing gasoline charge on 12/31/02 for $17.80 charged to Amoco in Pittsburgh, PA, for trip D took to pick up Malik in Pittsburgh to take him to the Columbus airport. | | | | |
| 25 | Reserved. | | | | |
| 26 | D's Page US USA Employment Application signed on 02/24/01 by D indicating Christopher Paul as personal reference and copy of payroll records | | | | |
| 27a | Photo of Laser Range Finder found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 27b | Photo of Laser Range Finder case | | | | |
| 27c | Close-up Photo of Laser Range Finder serial # | | | | |
| 27-1 | Copy of North American Integrated Technology records showing purchase of laser range finder by Christopher Paul on 5/11/99 for $1,695 | | | | |
| 27-2 | Laser Range Finder found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 28a | Photo of Night vision scope found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 28-1 | Night vision scope found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 29a | Photo of Box containing Flat bed scanner found in Christopher Paul's residence during search warrant on 6/7/04 | | | | |
| 29b | Photo of Flat bed scanner | | | | |
| 29c | Photo of Flat bed scanner sitting on packaging box | | | | |
| 29-1 | Flat bed scanner found in Christopher Paul's residence during search warrant on 6/7/04 | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 30a | Close up Photo of Addressee Label on Flat bed scanner showing shipment to Germany in 1999, | | | | |
| 30b | Close up Photo of Sender Label on Flat bed scanner showing shipment to Germany in 1999, | | | | |
| 30c | Close up Photo of Top-Half German Postal Label on Flat Bed Scanner package | | | | |
| 30d | Close up Photo of Bottom-Half of German Postal Label on Flat Bed Scanner package | | | | |
| 30-1 | Box with packaging of Scanner showing scanner shipped to Germany address | | | | |
| 31a | Photo of Box cover of GPS watch found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 31b | Photo of Box showing descriptors on GPS box found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 31c | Photo of GPS watch itself found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 31-1 | GPS watch and box found in Christopher Paul's residence during search warrant on 6/07/04 | | | | |
| 31-2 | Copy of Eric Armin Purchase Records of two GPS watches by Christopher Paul on 12/23/02 for $839.90 | | | | |
| 31-3 | Copy of Bank One records of Christopher Paul showing on 12/26/02 debit to Eric Armin for $839.90 for GPS watches | | | | |
| 32 | Iyman Faris, aka Mohammed Rauf's, own phone billing records found in D's residence during consent search on 11/28/03 | | | | |
| 33 | D's wallet seized at arrest on 11/28/03 | | | | |
| 33-1 | D's "Last Will and Testament" (in Arabic) found in D's wallet, Exhibit 33 | | | | |
| 33-2 | English translation of Exhibit 33-1 | | | | |
| 34 | I-94 taken from D's car at arrest on 11/28/03 | | | | |
| 35 | D's sworn ICE Confession on 11/30/03 | | | | |

5

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 36 | Copy of D's Asylum Application made on October 13, 1998 and asylum approval documents | | | | |
| 37 | Copy of D's Travel Document Application on April 23, 1999 and Immigration printout | | | | |
| 37-1 | Copy of 1st two pages of D's Travel Document Application on April 23, 1999 shown to the D on 2/17/04 | | | | |
| 37-2 | Sample Travel Document (to be used as demonstrative evidence) | | | | |
| 38 | Copy of Computer Linked Application showing mailing of D's Travel Document on June 11, 1999 | | | | |
| 39 | Copy of TECS-II, I-94 Record Print f/k/a/ Non Immigrant Information System (NIIS) printout showing reentry into U.S. by D on 3/25/00 | | | | |
| 40 | Copy of Ethiopian Airline manifest showing D's flight to and From Africa:<br>To Africa<br>1. 1/15/00, D flew U.S. Air flight #2717 from Cols to Dulles airport, Washington, D.C.<br>2. then D flew on Ethiopian Airlines Flight #562 on to Addis Ababa, Ethiopia<br>3. D then transferred to Ethiopian Flight #871 and flew to Entebbe, Uganda<br><br>From Africa<br>1. On 3/24/00, D was a passenger on Ethiopian Airlines, Flight #858 from Entebbe, Uganda to Addis Ababa, Ethiopia<br>2. Then D transferred to Ethiopian Airlines Flight #553 from Addis Ababa, Ethiopia to Dulles Airport, Washington, D.C., landing on 3/25/00<br>3. Then D transferred to U.S. Air Flight #1265 from Dulles to Pittsburgh | | | | |
| 41 | Copy of one page of Ugandan Embassy Ledger sheet and certified letter showing single-entry Uganda 90-day visa issued to D on November 29, 1999 | | | | |
| 42 | Copy of D's Target Employment Application on 4/26/00 showing break of employment during Africa trip | | | | |
| 43 | Certified copy of ICE Transcript of D's sworn testimony on 3/9/04 | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 43-1 | Certified copy of tape recordings of D's ICE hearing on 3/9/04 | | | | |
| 44 | Expert Report of Dr. Rohan Gunaratna, Ph.D<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 45 | Certified Copy of State of Ohio Incorporation Records for Cell Station | | | | |
| 46 | Report of Examination by Computer Forensic Examiner Dave Knutson<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 47 | Case Notes and Communications related to Forensic Examination by Computer Forensic Examiner Dave Knutson<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 48 | Consent for searches signed by D | | | | |
| 49 | Not used | | | | |
| 50-1 | Memo of interview of D, 4/02/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-2 | Memo of interview of D, 11/28/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-3 | Memo of interview of D, 11/30/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-4 | Memo of interview of D, 12/01/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-5 | Memo of interview of D, 12/02/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 50-6 | Memo of interview of D, 12/03/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-7 | Memo of interview of D, 12/05/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-8 | Memo of interview (telephonic) of D, 12/05/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-9 | Memo of interview of D, 12/06/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-10 | Memo of interview of D, 12/07/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-11 | Memo of interview of D, 12/10/03<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-12 | Memo of interview of D, 1/06/04<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-13 | Memo of interview of D, 1/15/04<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 50-14 | Memo of interview of D, 2/17/04<br><br>**This exhibit has been marked for identification purposes only** | | | | |
| 51 thru 99 | not used | | | | |
| 100 | Map of World | | | | |
| 101 | Map of Central Balkan Region | | | | |

| Exh # | Description | ID | Obj | Adm | Den |
|---|---|---|---|---|---|
| 102 | Map of Horn of Africa | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Dana M. Peters
DANA M. PETERS (0034226)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Dana.Peters @usdoj.gov


s/Robyn Jones Hahnert
ROBYN JONES HAHNERT (0022733)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-6895
Robyn.Hahnert @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I served the foregoing Government's Exhibit List dated July 27, 2007 electronically, on:

>Mahir T. Sherif, Esq.
>3376 30th Street
>San Diego, California 92104

>   s/Dana M. Peters
>Dana M. Peters
>Assistant U.S. Attorney