IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                        :        No. CR-2-04-088
                                                    JUDGE MARBLEY

NURADIN M. ABDI

### GOVERNMENT'S PLEA AGREEMENT SUBMISSION
### OF ELEMENTS AND PENALTIES FOR

### Conspiracy to Provide Material Support to Terrorists

**1.** **Elements: 18 U.S.C. § 2339A**

First:            Two or more persons agreed to willfully form the conspiracy
                  described in Count 1 of the Indictment;

Second:           The defendant willfully became a member of said
                  conspiracy with the intent to further the object of the conspiracy;

Third:            The object of the conspiracy was to provide material support or
                  resources, that is, personnel, financial services, intangible property,
                  transportation and other services, knowing or intending that said
                  material support or resources were to be used in preparation for, or
                  in carrying out a violation of 18 U.S.C. §956, that is a conspiracy
                  to kill, kidnap, maim, and injure persons and to damage and
                  destroy property in a foreign country;

Fourth:           Such conspiracy existed, in whole or in part, at or about the time
                  alleged in the Southern District of Ohio and continued after
                  October 26, 2001.

Source: United States. v. Abdi, ___ F.Supp.2d ___, 2007 WL 2153234 at *5 (S.D.Ohio,July
26, 2007, Marbley, J.) citing United States v. Strawberry, 892 F.Supp. 519, 526 (S.D.N.Y.1995);
United States v. Sattar, 314 F.Supp.2d 279 (S.D.N.Y.2004); United States v. Branan, 457 F.2d
1062, 1064 (6th Cir.1972).

Note: Overt act requirement: none. In a conspiracy to violate 18 U.S. C. 2339A which alleges
conduct occurring after amendment of 2339A to include a conspiracy provision, there is no
requirement of an overt act in furtherance of the conspiracy. See Abdi, supra at *13 citing
Whitfield v. United States, 543 U.S. 209 (2005); Nash v. United States, 229 U.S. 373 (1913).

## 2. PENALTIES

A. Mandatory Minimum:    None.

B. Possible Maximum:    15 years imprisonment, a $250,000 alternative fine, 3 years supervised release, and a $100 special assessment.

GREGORY G. LOCKHART
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF OHIO

By: _____
DANA M.  PETERS (0034226)
Assistant United States Attorney

By: _____
ROBYN JONES HAHNERT ((0022733)
Assistant United States Attorney

2