IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA**

      v.                          NO.: CR-2-04-88
                                  JUDGE MARBLEY

**NURADIN M. ABDI**

### GOVERNMENT'S SENTENCING MEMORANUDM

In the Court's original order scheduling the sentencing hearing, the Court has requested the parties file a sentencing memorandum.  Pursuant to the plea agreement, the parties made a binding agreement that a sentence of 10 years is appropriate in this case, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.  The government stands by that agreement.

                                      Respectfully submitted,

                                      GREGORY G. LOCKHART
                                      United States Attorney

                                      s/Dana M. Peters
                                      DANA M. PETERS (0034226)
                                      Assistant United States Attorney
                                      303 Marconi Boulevard, Suite 200
                                      Columbus, Ohio  43215
                                      (614) 469-5715
                                      Fax:  (614) 469-5653
                                      Dana.Peters@usdoj.gov


                                      s/Robyn Jones Hahnert
                                      ROBYN JONES HAHNERT (0022733)
                                      Assistant United States Attorney
                                      303 Marconi Boulevard, Suite 200
                                      Columbus, Ohio  43215
                                      (614) 469-5715
                                      [Robyn.Hahnert@usdoj.gov](mailto:Robyn.Hahnert@usdoj.gov)

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Government's Sentencing Memorandum was served this 14th of November, 2007, electronically on: Mahir T. Sherif and Aurora E. Bewicke, attorneys for defendant Nuradin M. Abdi.

                                           s/Dana M. Peters
                                           DANA M. PETERS (0034226)
                                           Assistant United States Attorney